

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00661-CR

Jesus **CARDOSO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 408262
Honorable Scott Roberts, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 2, 2014.

Sandee Bryan Marion, Justice